UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ARMALETHA FORD, on behalf of herself and all others similarly situated,**

      Plaintiff,

v.   Case No. 3:19-cv-1064-J-39PDB

**GASDICK STANTON EARLY, P.A.,**

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 33; Stipulation) filed on August 5, 2020. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 7th day of August, 2020.

_____
BRIAN J. DAVIS
United States District Judge

- 2 -

cs

Copies to:

Counsel of Record